AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 8:18-MJ-00545 | Date and time warrant executed: 10/25/18   0602 | Copy of warrant and inventory left with: Daniel BRANDELLI |
| Inventory made in the presence of : |||

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

Please See Attached Search Inventory

**Certification** (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 11/15/18

_____
Executing officer's signature

Kevin LeDuc   SA
Printed name and title

AUSA: Jake Nare, 714-338-3549

U.S. Immigration and Customs Enforcement

Homeland Security Investigations
Office of the Special Agent in Charge

501 West Ocean Boulevard, Suite 7200
Long Beach, California 90802

OR07QR19OR0004

# SEARCH INVENTORY

| Premises/Name: DANIEL BRANDELLI | 31251 BELFORD DR. SAN JUAN CAPISTRANO, CA 92675 | | Date: 10/25/2018 | |
|---|---|---|---|---|
| Article Item # | Description | Qty | Unit | Location |
| 1 | WHITE XBOX W/ CONTROLLER S/N: WX71018C62RJ | 1 | EA | ROOM M |
| 2 | WD EXTERNAL HD | 1 | EA | M |
| 3 | LENOVO THINKPAD S/N: R8-B02M9 | 1 | EA | S |
| 4 | RCA TARGET GENERIC BLACK & RED TOWER | 1 | EA | V |
| 5 | TOSHIBA LAPTOP S/N 2A07928CK | 1 | EA | R |
| 6 | ATTACHE THUMBDRIVE | 1 | EA | V |
| 7 | LG CELLPHONE | 1 | EA | V |

Page 1 of 1 Pages